**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DIVISION OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **MATTHEW GARVIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 2:18-cv-02450-SHL-tmp** |
| ) | |
| **C. H. ROBINSON COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 83.13, the parties notify the Court that they have reached a resolution of this case. The parties will file their Stipulation of Dismissal With Prejudice within thirty (30) days of their filing of this Notice of Settlement.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*s/ Audrey M. Calkins*
M. Kimberly Hodges (BPR # 20809)
kim.hodges@odnss.com
Audrey M. Calkins (BPR # 30093)
audrey.calkins@odnss.com
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160
(901) 767-7411 (Facsimile)

**COUNSEL FOR DEFENDANT**
**C. H. ROBINSON COMPANY**

1

## CERTIFICATE OF CONSULTATION

I hereby certify that I conferred with Plaintiff via email regarding this Notice, and Plaintiff indicated that he would join this Notice.

*s/ Audrey M. Calkins*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2018, the foregoing was filed electronically with the Clerk of the Court and served by email on the following:

Matthew Garvin
9930 White Poplar Drive
Olive Branch, MS 38654
mgarvin8129@gmail.com

*Pro Se Plaintiff*

*s/ Audrey M. Calkins*

2